IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-31457
Conference Calendar
_____


IN RE: YORAM RAZ,

                              Plaintiff-Appellant.


--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 01-MC-36
--------------------
August 20, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Yoram Raz, a litigant previously barred from filing another complaint in the Western District of Louisiana without first obtaining written permission, appeals from the district court's denial of written permission for him to file a "petition for injunction to stop a chronic and illegal FBI surveillance," naming Robert M. Mueller, FBI Director, as the defendant.  The factual allegations set forth in Raz's proposed complaint can fairly be characterized as irrational and wholly incredible.  See Denton v. Hernandez, 504 U.S. 25, 32-33 (1992).  The district

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court did not abuse its discretion in denying Raz written permission to file his complaint.

Raz's appeal to this court is without arguable merit and is frivolous. <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983).

APPEAL DISMISSED. 5TH CIR. R. 42.2.